IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TANYA MURPH, <br><br> Plaintiff, <br><br> vs. <br><br> SILVER MEMORIES, INC., <br><br> Defendant. | 8:13CV11 <br><br> ORDER |

This matter is before the court on the plaintiff's Motion for Extension of Deadlines (Filing No. 20). The court held a telephone conference on October 11, 2013. Timothy L. Ashford represented the plaintiff. Robert B. Evnen represented the defendant. After discussion, the provisions of the court's earlier, initial progression order (Filing No. 13) shall remain in effect, except as set forth below.

**IT IS ORDERED**:

1. The motion for Extension of Deadlines (Filing No. 20) is granted only to the extent set forth below.

2. Deposition and discovery deadline. All depositions, whether or not they are intended to be used at trial, shall be completed by **November 29, 2013**.

3. Dispositive Motions. All dispositive motions shall be filed on or before **December 16, 2013**. The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

Dated this 11th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge