# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TANYA MURPH, | |
| Plaintiff, | 8:13CV11 |
| vs. | |
| SILVER MEMORIES, INC., | ORDER |
| Defendant. | |

This matter is before the court on the motion (Filing No. 25) of Timothy L. Ashford to withdraw as counsel for the plaintiff. The plaintiff, proceeding pro se, initiated this action on January 8, 2013. See Filing No. 1 - Complaint. Recently, on October 1, 2013, Mr. Ashford filed an appearance in this matter. See Filing No. 18. Mr. Ashford states withdrawal is necessary because of unresolvable issues between the plaintiff and Mr. Ashford. The court afforded the plaintiff an opportunity to respond to the motion and obtain substitute counsel. The plaintiff did not respond. The defendant responded to the motion to withdraw by stating the defendant does not oppose the withdrawal but would oppose any request to further extend discovery deadlines. See Filing No. 27. Accordingly,

**IT IS ORDERED**:

1. Mr. Ashford's motion to withdraw as counsel (Filing No. 25) is granted. The Clerk of Court shall terminate Mr. Ashford as counsel for the plaintiff and stop all electronic notices to Mr. Ashford regarding this case.

2. Tanya Murph is hereby considered proceeding pro se and counsel for the defendant may communicate with the plaintiff directly regarding this case until new counsel, if any, enters an appearance on the record.

3. The Clerk of Court shall provide a copy of this order to the plaintiff at:

> Tanya Murph
> 4541 Browne Street
> Omaha, Nebraska 68104

Dated this 5th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge